**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

Simon Dawson,                                        Case No. 1:25-cv-00852-PAB

      Plaintiffs,

      -vs-

                               **JUDGE PAMELA A. BARKER**

Brookfield Asset Management LLC, et al.

      Defendants.                                **JUDGMENT ENTRY**

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously herewith, Defendants Brookfield Asset Management LLC and Brookfield 401(K) Savings Plan Investment Committee's Motion to Dismiss (Doc. No. 18) is GRANTED and the action is DISMISSED WITH PREJUDICE.  The case is hereby TERMINATED.

      **IT IS SO ORDERED.**

                               *s/Pamela A. Barker*
                               PAMELA A. BARKER
Date:  March 26, 2026                                U. S. DISTRICT JUDGE